**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **ORLANDO HERNANDEZ,** ) | |
| **ID # 126-067655,** ) | |
| Plaintiff, ) | |
| **vs.** ) | No. 3:16-CV-2920-D |
| ) | |
| **JOHNSON COUNTY SHERIFF'S** ) | |
| **OFFICE, et al.,** ) | |
| Defendants. ) | |

**ORDER**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court. The case will be dismissed by separate judgment for failure to prosecute or follow court orders.

**SO ORDERED**.

December 29, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE